**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 24, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00536-CV

## IN RE VIRDI TRANSPORT, LLC AND HARHANT SINGH, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-35945**

---

## MEMORANDUM OPINION

On July 20, 2022, relators Virdi Transport, LLC and Harhant Singh filed a petition for writ of mandamus and an unopposed emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. The Court granted the emergency motion and stayed the underlying proceedings. In their petition, relators ask this Court to compel the Honorable

Dawn Rogers, presiding judge of the 334th District Court of Harris County, to vacate the trial court's June 21, 2022 order compelling discovery.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also lift our stay entered by order dated July 26, 2022.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.